# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Desco Strickland,
    Petitioner,

vs.                                  Case No. 1:08cv131
                                        (Barrett, J.; Hogan, M.J.)

Warden, Chillicothe Correctional
Institution,
    Respondent.

## REPORT AND RECOMMENDATION

This habeas corpus action brought *pro se* pursuant to 28 U.S.C. § 2254 is before the Court on petitioner's motion to voluntarily dismiss and strike the habeas petition without prejudice. (Doc. 17). Petitioner requests that the petition be dismissed because he has not exhausted his currently pending state court appeal remedy. (*See id.*).[1]

Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, 28 U.S.C. foll. § 2254, provides: "The Federal Rules of Civil Procedure, to the extent they are not inconsistent with these rules, may be applied, when appropriate, to petitions filed under these rules." Rule 41(a)(2), Fed. R. Civ. P., provides that the Court may dismiss an action "at the plaintiff's instance" upon "such terms and conditions as the court deems proper."

Pursuant to Fed. R. Civ. P. 41(a)(2), it is **RECOMMENDED** that petitioner's

---

[1] In the "Answer/Motion To Dismiss" filed by respondent on February 19, 2009, respondent confirms that petitioner was granted a delayed appeal, which at this juncture is pending before the Ohio Court of Appeals, First Appellate District. (Doc. 16, pp. 3-4).

motion to voluntarily dimiss and strike the instant habeas corpus petition (Doc. 17) be **GRANTED**, and that the petition filed pursuant to 28 U.S.C. § 2254 (Doc. 3) be **DISMISSED** without prejudice to refiling after petitioner has exhausted his state court remedies.

Date: 4/3/09
cbc

Timothy S. Hogan
United States Magistrate Judge

J:\BRYANCC\2009 habeas orders\08-131grantmtn.voluntary-dismissal.wpd

2

# UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Desco Strickland,
    Petitioner,

vs.                                    Case No. 1:08cv131
                                        (Barrett, J.; Hogan, M.J.)

Warden, Chillicothe Correctional
Institution,
    Respondent.

## NOTICE

Attached hereto is a Report and Recommendation issued by the Honorable Timothy S. Hogan, United States Magistrate Judge, in the above-entitled habeas corpus action. Pursuant to Fed. R. Civ. P. 72(b), which may be applied in this action under Rules 1 and 11 of the Rules Governing Section 2254 Cases in the United States District Courts, 28 U.S.C. foll. § 2254, any party may object to the Magistrate Judge's Report and Recommendation within ten (10) days after being served with a copy thereof. Such party shall file with the Clerk of Court and serve on all other parties written objections to the Report and Recommendation, specifically identifying the portion(s) of the proposed findings, recommendations, or report objected to, together with a memorandum of law setting forth the basis for such objection(s). Any response by an opposing party to the written objections shall be filed within ten (10) days after the opposing party has been served with the objections. *See* Fed. R. Civ. P. 72(b). A party's failure to make objections in accordance with the procedure outlined above may result in a forfeiture of his rights on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☑ Agent ☐ Addressee |
| | B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Desco Strickland # 567645<br>Chillicothe Corr. Inst.<br>P.O. Box 5500<br>Chillicothe, OH 45601 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 3150 0000 8388 4902 |
| PS Form 3811, August 2001 | Domestic Return Receipt    102595-01-M-2509 |

1:08cv131   Doc. 17