# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Desco Strickland,

    Petitioner,

        v.                                            Case No. 1:08cv131

Warden, Chillicothe Correctional Institution,        Judge Michael R. Barrett

    Respondent.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on April 3, 2009 (Doc. 18).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. 636, this Court finds the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Petitioner's Motion to Voluntarily Dismiss and Strike Habeas Corpus (Doc. 17) is **GRANTED**. This matter is **DISMISSED** without prejudice subject to refiling once Petitioner has exhausted his state court remedies.

    **IT IS SO ORDERED.**

                                                    *s/Michael R. Barrett*
                                                    Michael R. Barrett, Judge
                                                    United States District Court